IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MOTOROLA MOBILITY, INC.,
and GENERAL INSTRUMENT
CORPORATION,

                                                                                  ORDER

                     Plaintiffs,

                                                                                10-cv-700-bbc

      v.

MICROSOFT CORPORATION,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On January 21, 2011, the court entered an order in this case granting a stay pending a determination in the proceedings involving the same parties now pending before the United States Internal Trade Commission.

      To keep the court informed of the progress of the proceedings before the ITC, the parties are to file a joint status report with the court on September 1, 2012 and the first day of each month thereafter until the proceedings pending before the ITC have been resolved.

ORDER

IT IS ORDERED that the parties shall file a joint status report with the court on September 1, 2012, and the first day of each month thereafter until the proceedings pending before the ITC have been resolved

Entered this 16th day of July, 2012.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge